# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Pronounced October 8, 2008

## THE MOTION IN THE FOLLOWING MULTIDISTRICT LITIGATION CASE IS GRANTED IN PART AND DENIED IN PART:

08-0142    IN RE  DELTA LLOYDS INSURANCE COMPANY OF HOUSTON, TEXAS

08-0208    IN RE  HURRICANE RITA HOMEOWNERS' CLAIMS

08-0427    IN RE  SOUTHEAST SURPLUS UNDERWRITERS GENERAL AGENCY, INC.
respondents' motion to vacate order of appointment of pretrial judge granted in part and denied in part

Per Curiam Opinion